02-12-430-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00430-CR

 

 


 
 
 Katrina
 Evette Reed
  
  
  
 v.
  
  
  
 The
 State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From Criminal District
 Court No. 3
  
 of
 Tarrant County (1276051D)
  
 December
 13, 2012
  
 Per
 Curiam
  
 (nfp)
  
  
 
 


JUDGMENT

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed. 

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00430-CR

 

 


 
 
 Katrina Evette Reed
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Katrina Evette Reed attempts to appeal from her conviction for theft of
property between $1,500 and $20,000.  Reed pleaded guilty pursuant to a plea
bargain, and in accordance with the plea bargain, the trial court sentenced her
to ten months’ confinement in state jail.  The trial court’s certification of her
right to appeal states that this case “is a plea-bargain case, and the
defendant has NO right of appeal.”  See Tex. R. App. P. 25.2(a)(2).

On September
17, 2012, we notified Reed that this appeal may be dismissed based on the trial
court’s certification unless she or any party desiring to continue the appeal
filed a response on or before September 27, 2012, showing grounds for
continuing the appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).  No response
was filed.  In accordance with the trial court’s certification, we therefore
dismiss this appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
WALKER,
MCCOY, and MEIER, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  December 13,
2012









[1]See Tex. R. App. P. 47.4.